**Opinion issued December 6, 2018**



In The

# Court of Appeals

For The

# First District of Texas

———————————

**NO. 01-18-00950-CR**

**NO. 01-18-00951-CR**

**NO. 01-18-00952-CR**

———————————

**IN RE DAVID W. MEARIS, Relator**

---

**Original Proceeding on Petition for Writ of Mandamus**

---

**MEMORANDUM OPINION**

Relator, David W. Mearis, has filed a pro se petition for writ of mandamus requesting that we compel the trial court to rule on various motions he has filed in the underlying criminal proceedings, in which he has been charged with

compelling prostitution, aggravated assault, and aggravated kidnapping.[1] We deny

the petition.

## PER CURIAM

Panel consists of Chief Justice Radack and Justices Jennings and Bland.

Do not publish. TEX. R. APP. P. 47.2(b).

---

[1] The underlying cases are styled *The State of Texas v. Davis Mearis*, cause numbers 1494314, 1511369, 1565096, all pending in the 263rd District Court of Harris County, Texas, the Honorable Jim Wallace presiding.